

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-17-00037-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

Relator filed a petition for writ of mandamus on January 23, 2017. The court has considered the petition and is of the opinion Relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 27, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-19573, styled *Martha Donohue v. John M. Donohue*, pending in the 288th Judicial District Court, Bexar County, Texas.